# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 15-1400** | **September Term, 2015** |
| | NLRB-20CA125157 |
| | NLRB-20CA124382 |
| | Filed On: December 24, 2015 [1590568] |

Harry Asato Painting, Inc.,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 15-1466

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.

    The Clerk is directed to transmit to respondent a certified copy of this order and a copy of the cross-application for enforcement.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                            BY:    /s/
                                            John J. Accursio
                                            Deputy Clerk